IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | | |
|---|---|---|
| CAROL TREMAINE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-00069-slc |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Carol Tremaine, and Defendant, Midland Credit Management, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Upright Law
One South Dearborn Street, Suite 2100
Chicago, IL 60603
Phone: (312) 212-4355
Fax: (866) 633-0228
dlevin@toddflaw.com

By: /s/ David M. Schultz
Attorney for Defendant
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3000
Fax: (312) 704-3001
dschultz@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff